USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

    Plaintiff,

-against-

TEESPRING, INC.,

    Defendant.

19-CV-6942 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having informed the Court that they have reached a settlement (Dkt. No. 18), the initial case management conference scheduled for January 7, 2020, at 10:30 a.m., is ADJOURNED *sine die*.

Dated: New York, New York
      January 6, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**