

LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

January 9, 2020

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Yaseen Traynor v. Teespring, Inc.*
              Case No. 19-cv-06942 (BCM)

Dear Judge Moses:

As counsel for Defendant, I write to address the parties' settlement and to present the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York State Civil Rights Law. While Defendant does not admit liability, we have reached an early settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by this action in a mutually acceptable fashion. We hereby request that the Court so-order the Consent Decree, which we submit is fair and reasonable and in the public interest.

The Consent Decree has been fashioned as a reasonable resolution of the plaintiff's claims. *See, e.g., Yap v. Sumitomo Corp. of America*, No. 88 Civ. 700 (LBS), 1991 U.S. Dist. LEXIS 2124, at \*15-16 (S.D.N.Y. Feb. 22, 1991) (weighing factors used to determine if a consent decree is fair and reasonable); *Meyer v. Macmillan Pub. Co.*, No. 78 Civ. 2133 (MEL), 1986 U.S. Dist. LEXIS 27492, at \*15-\*16 (S.D.N.Y. March 28, 1996) (determining that consent decree is fair, reasonable, adequate and supported by public policy). *See generally SEC v. Citigroup Global Mkts. Inc.*, 752 F.3d 285, 294 (2d Cir. 2014).

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY

LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK

NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA

4844-5999-3776.1

January 9, 2020
Page 2


Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits have been a recurring problem in similar matters handled by my law firm and others defending these matters around the country.

Counsel for Defendant has resolved multiple other very similar ADA website cases for other clients in this Court and in the Eastern District of New York in which judges have approved virtually identical consent decrees. *See Sypert v. Pelham Country Club*, SDNY, 18-cv-6496 (GBD), October 12, 2018 (DE 12); *Mendizabal v. American Self Storage 636, LLC*, SDNY,. 17-cv-10041 (ALC), October 15, 2018 (DE 23); *Sypert v. Gefen*, SDNY, 18-cv-4336 (GBD), October 18, 2018 (DE 17); *Burbon v. Maidpro Inc.*, SDNY, 18-cv-6290 (JMF), October 18, 2018 (DE 19); *Tucker v. CorePower Yoga*, SDNY, 18-cv-5394 (AJN), December 3, 2018 (DE 17); *Burbon v. Hometeam*, SDNY, 18-cv-4783 (VSB), December 27, 2018 (DE 20); *Mendez v. Madison York*, SDNY, 18-cv-4947 (VSB), January 2, 2019 (DE 15); *Murphy v. Cos Bar Retail LLC,* SDNY, 18-cv-06968 (RA), February 11, 2019 (DE 22); *Figueroa v. Arhaus, LLC*, SDNY, 18-cv-10491(GWG), February 20, 2019 (DE 17); *Delacruz v. Naturopathica Holistic Health Inc.*, SDNY, 18-cv-07548 (KHP), March 19, 2019 (DE 23); *Diaz v. Georg Jensen, Inc.*, SDNY, 19-cv-00032 (SDA), March 20, 2019 (DE 16); *Camacho v. Neighborhood Playhouse School of Theatre*, SDNY, 18-cv-10946 (JPO), April 3, 2019 (DE 14); *Figueroa v. Magnolia Bakery Online LLC*, SDNY, 18-cv-9892 (PAE)(BCM), April 4, 2019 (DE 19); *Martinez v. FKA Distributing Co. LLC*, EDNY, 19-cv-00035 (RJD), April 29, 2019 (DE 10); *Mendez v. Midway A.L. LLC*, SDNY, 18-cv-04946 (DCF), May 2, 2019 (DE 33) and *Dominguez v. 1650 Broadway Assoc.,* SDNY, 18-cv-09819 (DCF) May 28, 2019 (DE 19); *Camacho v. Emory & Henry College*, SDNY, 18-cv-10601 (RA), June 4, 2019 (DE 22); *Diaz v. Levain Bakery*, SDNY, 18-cv-12392 (DAB), June 17, 2019 (DE 13); *Dennis v. Madcadi Inc.*, EDNY, 18-cv-07114 (KAM), June 24, 2019 (DE 18); *Bishop v. Korman Communities, Inc.*, SDNY, 18-cv-09204 (VSB), June 26, 2019 (DE 18); *Bishop v. Regal Marine Industries, Inc.* SDNY, 19-cv-1323 (VSB), July 2, 2019 (DE 15); *Picon v. Brooklyn Gastroenterology and Endoscopy, PLLC,* SDNY, 18-cv-07936 (ALN), July 9, 2019 (DE 16); *Dawson v. King Arthur Flour Company, Inc.,* SDNY, 19-cv-01435 (ALN), July 9, 2019 (DE 14); *Crosson v. Simple Finance Technology Corp.,* EDNY, 19-cv-02350 (DLI)(PK), July 12, 2019; *Thorne v. Datrex, Inc.,* SDNY, 19-cv-01045 (LTS)(BCM), July 15, 2019 (DE 17); *Fischler v. Greystar Worldwide LLC,* EDNY, 18-cv-04049 (VMS), July 17, 2019; *Thorne v. Seabring Marine Industries, Inc.,* SDNY, 19-cv-01299 (ALC), July 17, 2019 (DE 20); *Bishop v. Freedom Boat club, LLC*, SDNY, 19-cv-2636 (ALC), August 8, 2019 (DE 14); *Fischler v. Monica & Andy, Inc.*, EDNY, 19-cv-01405 (WFK)(JO), August 12, 2019 (DE 14); *Olsen v. Mandarin Oriental (New York) Inc.,* EDNY, 18-cv-06850 (ST), September 3, 2019; *Fischler v. Lotte Hotel New York Palace, LLC,* SDNY, 18-cv-10367 (PAC), September 4, 2019 (DE 14); *Fischler v Hub Associates, LLC*, EDNY, 18-cv-7000 (NG)(CLP), September 11, 2019 (DE 19); *Kiler v. Keith McCurdy LLC,* EDNY, 19-cv-03472 (AMD)(ST), October 17, 2019 (DE 11); *Panarese v. Museum of Modern Art*, EDNY, 19-cv-03899 (DRH)(ARL), October 31, 2019 (DE 11); *Victor Lopez v. Concord Hospitality Enterprises Company, LLC*, SDNY, 19-cv-2626

January 9, 2020
Page 3

(KPF), November 8, 2019 (DE 26); and *Yaseen Traynor v. Neff, LLC,* SDNY, 19-cv-06214 (DCF), January 6, 2020 (DE 15).

       We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above.

       Thank you for your attention to this matter.

                            Respectfully,

                            *Peter T. Shapiro*

                            Peter T. Shapiro of
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosure

cc:     Counsel of Record (via ECF)