UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/20

YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

TEESPRING, INC.,

        Defendant.

19-CV-6942 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' letter dated January 9, 2020 (Dkt. No. 20), directed to the attention of the undersigned Magistrate Judge, and attaching a proposed Consent Decree. (Dkt. No. 20-1.)

The proposed Consent Decree is beyond the scope of my reference. (Dkt. No. 16.) The parties may, if they wish, consent to the jurisdiction of the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(c) for purposes of the remaining proceedings in this action, including review and approval of the Consent Decree. A form for this purpose is available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. Consent must be unanimous, and the parties are under no obligation to consent.

If the parties choose to consent to the jurisdiction of the assigned Magistrate Judge, they shall file a joint letter, no later than **January 17, 2020**, in support of their request for judicial approval of their proposed Consent Decree, which should:

(a)     Identify the standard governing the Court's consideration of a Consent Decree agreed to by private parties in an action under the Americans with Disabilities Act;

(b)     Explain why the Consent Decree satisfies that standard;

(c)     Set forth their views as to the extent to which the Consent Decree will preclude or limit similar claims that may be brought against defendant in the future; and

(d)     Provide any additional information or analysis that the parties believe to be relevant to the Court's consideration of the Consent Decree.

*See also* Order, *Bishop v. The Sherry-Netherland, Inc.*, No. 1:18-cv-9206-BCM (S.D.N.Y. Jan. 10, 2019) (directing the parties, including a party represented by defendant's counsel in this action, to provide a similar joint letter in support of their request for entry of a Consent Decree).

If the parties disagree as to any of the issues discussed in their joint letter, they should clearly identify the disagreement and set forth the basis for each party's view.

If the parties do not wish to consent to the jurisdiction of the assigned Magistrate Judge for purposes of the remaining proceedings in this action, they shall submit their proposed Consent Decree to the District Judge no later than **January 17, 2020**.

Dated: New York, New York
January 10, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**