UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASEEN TRAYNOR A/K/A YASEEN TRAYLOR,

                    Plaintiff,

                  -v-

TEESPRING, INC.,

                    Defendant.

19-CV-6942 (JPO) (BCM)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court entered a consent decree resolving the merits of this case on January 16, 2020. (*See* Dkt. No. 23.)  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made on or before January 16, 2023.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: September 23, 2020
       New York, New York

                                            J. PAUL OETKEN
                                      United States District Judge